B3B (Official Form 3B) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Chanel Mae Gunn**
Debtor(s)

Case No. **10-70724**

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ **74.75** on or before **3/26/10**
$ **74.75** on or before **4/26/10**
$ **74.75** on or before **5/26/10**
$ **74.75** on or before **6/28/10**

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                    (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: **FEB 26 2010**

BY THE COURT:

_____
United States Bankruptcy Judge

## Certificate of Mailing

I hereby certify that on February 26, 2010, a copy of the Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee has been served upon the undersigned parties listed via First Class Mail.

_____
JANA A. BRACKETT
Courtroom Deputy

Chanel Mae Gunn
206 Hastings Way
Poplar Grove, IL 61065

Case 10-70724  Doc 8  Filed 02/26/10  Entered 03/01/10 06:36:16  Desc Main
         Document      Page 2 of 2