B6F (Official Form 6F) (12/07) - Cont.

In re __Chanel Gunn__,   Case No. _10-70724_
   Debtor   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01 Chevy Venture<br>Stadium Auto Plaza<br>4020 McFarland Rd,<br>Loves Park, IL 61111 | | | 10/2009 | | X | | $3,000.00 |
| ACCOUNT NO. 0 0159 77 94098 9935<br>Aqua Water<br>P.O. Box 798<br>Struthers, Oh 44471 | | | 11/2009 | | X | | $320.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.___of___ continuation sheets attached   Subtotal▶   $
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

   Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 04 2010

KENNETH S. GARDNER, CLERK

BY_____
   DEPUTY CLERK