UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:   CHANEL GUN | ) | Case No. 10-70724 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 7 Proceedings |

### NOTICE OF FILING

I certify that the Notice of Reaffirmation Agreement Recision was served on the person to whom notice is given by electronic service on June 23, 2010.

/s/ Paula Rieghns

Prepared by:
FRANKS, GERKIN & McKENNA, P.C.

19333 E. Grant Hwy., P.O. Box 5
Marengo, IL 60152
(815)923-2107

S:\Docs\BANKRUPTCY\Clients\Gunn\Notice of Filing.wpd

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE: CHANEL GUNN,            )
                               )     Case Number: 10-70724
DEBTOR.                        )

### NOTICE OF REAFFIRMATION AGREEMENT RESCISSION

NOW COMES the above-named Debtor, by her attorney, and hereby gives notice pursuant to 11 U.S.C. Section 524 of the cancellation of any and all reaffirmation agreements with creditor HOME CHOICE, including but not limited to a reaffirmation that was signed on April 1, 2010, but in violation of 11 U.S.C. Section 524, was never filed in this court or approved by the Judge as being in the Debtor's best interest.

Respectfully submitted,

By: /s/ Paula Rieghns
    One of Debtor's attorneys

Document prepared by:
Paula Rieghns
FRANKS, GERKIN & MCKENNA, P.C.
19333 East Grant Highway
Marengo, Illinois 60152

S:\Docs\BANKRUPTCY\Clients\Gunn\Notice of reaffirmation agreement rescission.wpd