```
        IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

IN RE:                          )   IN BANKRUPTCY
                                )   CHAPTER 7
                                )   NO. 10-70724
CHANEL GUNN,                    )
                  Debtor.       )

## NOTICE OF MOTION

TO:  Stephen G. Balsley, Trustee    U.S. Trustee
     6833 Stalter Drive              780 Regent Street, Suite 304
     Rockford, IL 61108              Madison, WI 53715

On July 12, 2010 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the presiding Honorable Barbosa, or any Judge sitting in his stead, in Courtroom 115 usually occupied by him, in the United Bankruptcy Court, 211 South Court Street, Rockford, Illinois, and for hearing instanter on the attached Motion to Amend Plan.

DATED: June 30, 2010

                              FRANKS, GERKIN & MCKENNA

                              By: _____
                                 Paula Rieghns, Attorney
                                 for Debtor


FRANKS, GERKIN & MCKENNA
Attorneys for Debtor
19333 E. Grant Hwy., P. O. Box 5
Marengo, Illinois 60152
(815) 923-2107
WPDOCS\MOTIONS.GH\NOTmotioncurrent5-18-10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE: CHANEL GUNN,                )
                                   )    Case Number: 10-70724
DEBTOR.                            )

## MOTION FOR ADDITIONAL TIME

  NOW COMES the above-named Debtor, by her attorney, and hereby moves this Honorable Court for an additional forty-five (45) days to complete credit counseling.  Debtor requires additional time to complete credit counseling by reason of mental disability.  Granting Debtor additional time to complete credit counseling will not harm or prejudice the creditor's in any way; but denial of the motion would cause great prejudice to Debtor.

           Respectfully submitted,


           By: /s/ Paula Rieghns
             One of Debtor's attorneys


Document prepared by:
Paula Rieghns
FRANKS, GERKIN & MCKENNA, P.C.
19333 East Grant Highway
Marengo, Illinois 60152

S:\Docs\BANKRUPTCY\Clients\Gunn\Motion for Additional Time.wpd