Certificate Number: 01267-ILN-DE-011591599

Bankruptcy Case Number: 10-70724



01267-ILN-DE-011591599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2010</u>, at <u>4:23</u> o'clock <u>PM CDT</u>, <u>Chanel M Gunn</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>July 9, 2010</u>          By:    <u>/s/Tanay Williams</u>

Name:  <u>Tanay Williams</u>

Title:  <u>Counselor</u>