## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| IN RE: | CHANEL GUN | ) | Case No. 10-70724 |
| | | ) | |
| | | ) | |
| | | ) | |
| | Debtor(s). | ) | Chapter 7 Proceedings |

### NOTICE OF FILING

I certify that Chanel Gunn's Certificate of Debtor Education was served on the person to whom notice is given by electronic service on July 12, 2010.

/s/ Paula Rieghns

Prepared by:
Paula Rieghns
FRANKS, GERKIN & McKENNA, P.C.
Attorney for Debtor
19333 E. Grant Hwy., P.O. Box 5
Marengo, IL 60152
(815)923-2107

S:\Docs\BANKRUPTCY\Clients\Gunn\NOF 062810.wpd

-1-