B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 10–70724**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Chanel Mae Gunn
   aka Chad M Gunn
   206 Hastings Way
   Poplar Grove, IL 61065

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0021

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

      It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>July 13, 2010</u>

<u>Kenneth S. Gardner, Clerk</u>
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 2                   Date Rcvd: Jul 13, 2010
Case: 10-70724                 Form ID: b18                  Total Noticed: 51


The following entities were noticed by first class mail on Jul 15, 2010.
db          +Chanel Mae Gunn,    206 Hastings Way,    Poplar Grove, IL 61065-9090
aty          James P Mullally,    Franks Gerkin & McKenna PC,    19333 E Grant,    POB 5,
              Marengo, IL 60152-0005
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
15135542    +Advance CAsh America,    4311 E Lincolnway,    Sterling, IL 61081-7619
15340232     Affinity Cash Loans,    E. Lincoln Highway,    Sterling, IL  61081
15135504    +Amcore Bank,    1210 S Alpine Rd,    Rockford, IL 61108-3946
15530180    +Aqua Water,   POB 298,    Struthurs, OH 44471-0298
15135506    +Associated Bank,    POB 1868,    LaCross, WI 54602-1868
15135507     Bureau of Collection,    9575 Corporate Way,    Eden Prairie, MN 55344
15135537    +CMK Investments,    dba All Credit Lenders,    POB 250,    Gilberts, IL 60136-0250
15135532     Chase Bank,    340 S Development Ave,    Westerville, OH 43081
15135539    +Check N Go,    128 S STate St,    Belvidere, IL 61008-3615
15135541     Check into Cash,    3427- 39 N Main St,    Rockford, IL 61103
15135509    +Citifinancial,    300 St Paul Pl BSP 13A,    Baltimore, MD 21202-2120
15135536    +City of Chicago,    Dept of Revenue,    POB 8292,    Chciago, IL 60680-8292
15135510    +Collection Professionals,    POB 416,    LaSalle, IL 61301-0416
15135502    +Credit Acceptance,    25505 W 12 Mile Rd,    Southfield, MI 48034-8316
15135501    +HomeChoice,    6320 Monona Dr,    Monona, WI 53716-3952
15135538    +IL Title Loans,    8601 Run Woody Place,    Ste 406,    Atlanta, GA 30350-2550
15135531    +Illinois Tollway,    2700 Ogden Ave,    Downers Grove, IL 60515-1703
15135530    +Integrity,    4370 W 109th St Ste 100,    Overland Park, KS 66211-1316
15135515    +Monco Law Offices,    14380 W Capitol Dr,    Brookfield, WI 53005-2323
15135516     Morgan Assoc Law,    2601 DW Expressway,    Ste 2020E,    Oklahoma City, OK 73112
15135517    +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
15135518    +NCA,    POB 550,    327 W Fourth St,    Hutchinson, KS 67501-4842
15135534    +Nation Wide Credit Collection,    POB 3159,    Oakbrook, IL 60522-3159
15135520     Norfolk Financial Corp,    2130 Meridan Rd Ste 3-301,    Cumberland, RI 02864
15340234    +Northwoods Storage, LLC,    P.O. Box 712,    Roscoe, IL 61073-0712
15135503    +POB 174,    Decorah, IA 52101-0174
15135529    +RRCA Accounts Mgmt,    201 E 3rd St,    Sterling, IL 61081-3611
15135522     Robinson Reagan and you,    260 Cumberland Ban,    Nashville, TN 39226
15135523    +Rockford Mercantile Agency,    POB 5847,    Rockford, IL 61125-0847
15135524    +Security Finance,    POB 3146,    Spartanburg, SC 29304-3146
15135535    +Sherman Hospital,    934 Center St,    Elgin, IL 60120-2125
15530179    +Stadium Auto Plaza,    4020 McFarland Rd,    Loves Park, IL 61111-4402
15135525    +United Compu Credit Coll,    5715 harrison Ave,    Cincinnati, OH 45248-1649
15135526    +Valentine Kebartas Inc,    15 Union St,    Lawrence, MA 01840-1866
15135527    +West Mgmt,    2703 N Highway 75,    Sherman, TX 75090-2567
15135533    +Woodforest bank,    3849 Northridge Dr,    Rockford, IL 61114-4773

The following entities were noticed by electronic transmission on Jul 13, 2010.
15135505    +EDI: ACCE.COM Jul 13 2010 20:38:00      Asset Accpetance LLC,    POB 2036,    Warren, MI 48090-2036
15135540     E-mail/Text: bankruptcy@cottonwoodfinancial.com                            The Cash Store,
              427 S State St,    Belvidere, IL 61008
15135508    +EDI: CHASE.COM Jul 13 2010 20:38:00      Chase,    800 Brooksedge Blvd,    Westeville, OH 43081-2822
15135539    +EDI: CHECKNGO.COM Jul 13 2010 20:38:00      Check N Go,    128 S STate St,
              Belvidere, IL 61008-3615
15135528    +E-mail/Text: legalcollections@comed.com                            ComEd,    POB 6111,
              Carol Stream, IL 60197-6111
15768284    +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison Company,
              3 Lincoln Center, 4th Floor,    Attn: Bankruptcy Section/Claims,
              Oakbrook Terrace, IL 60181-4204
15135511    +EDI: CCS.COM Jul 13 2010 20:38:00      Credit Collection Service,    POB 9134,
              Needham, MA 02494-9134
15135512    +EDI: CREDPROT.COM Jul 13 2010 20:38:00      Credit Protection Assoc,    13355 Noel Rd,    Ste 2100,
              Dallas, TX 75240-6837
15135513    +E-mail/Text: LDOOLAN@JTLINCORPORATED.COM                            JTL Inc,
              11020 David Taylor Ste 310,    Charlotte, NC 28262-1102
15135514    +EDI: MID8.COM Jul 13 2010 20:38:00      Midland Credit Mgmt,    8875 Aero Dr Ste 2,
              San Diego, CA 92123-2251
15135519    +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    POB 8350,
              Aurora, IL 60507-8577
15135521    +E-mail/Text: rmcalister@dubuquebank.com                            Riverside Comm Bank,
              1398 Central Ave,    Dubuque, IA 52001-5021
15340233     EDI: NEXTEL.COM Jul 13 2010 20:38:00      Sprint,    P.O. Box 4191,    Carol Stream, IL  60197-4191
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Jul 13, 2010
Case: 10-70724                Form ID: b18             Total Noticed: 51
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2010**                    **Signature:**    _Joseph Speetjens_